**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7404**

TREVOR MOHAMMED,

      Plaintiff - Appellant,

      v.

KENNETH BEAVER; RONDAL PRESTON TOWNSEND, a/k/a Rondal Townsend; PAMELA CHAPMAN; RENEE HARRIS; CHRISTINE FOX, f/k/a C. Fox; DUSTIN GOINS; BRENT SNUFFER; DORA PLUMMER; KENNETH LASSITER; ERIC HOOKS,

      Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Martin K. Reidinger, Chief District Judge. (5:18-cv-00165-MR)

Submitted: March 29, 2022                       Decided: March 31, 2022

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Trevor Mohammed, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trevor Mohammed appeals the district court's order denying his motion for partial summary judgment and granting Defendants summary judgment in Mohammed's 42 U.S.C. § 1983 action, as well as the court's order denying Mohammed's Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *See Mohammed v. Beaver*, No. 5:18-cv-00165-MR (W.D.N.C. March 25, 2021; Sept. 7, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*